IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD ROEGNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No.  4:20-CV-00265 |
| MUHAMMAD ANIS, PINOY CUISINE ) | |
| INCORPORATED and BAZZAR ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, RICHARD ROEGNER ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, **MUHAMMAD ANIS, PINOY CUISINE INCORPORATE and BAZZAR CORPORATION**.

Plaintiff and Defendants, **MUHAMMAD ANIS, PINOY CUISINE INCORPORATE and BAZZAR CORPORATION**, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized.  Plaintiff and  Defendants request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 26th day of  March, 2020.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A

>Boca Raton, FL 33433
>Tel: (561) 807-7388
>Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 26th day of March, 2020.

>/s/Douglas S. Schapiro
>Douglas S. Schapiro, Esq.
>Southern District of Texas ID No. 3182479